ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
FRANCESCO P. BENAVIDES, CSBN 258924
Special Assistant United States Attorney
 Social Security Administration
 160 Spear St., Suite 800
 San Francisco, CA  94105
 Telephone:  (415) 977-8978
 Facsimile:  (415) 744-0134
 Email:  Francesco.Benavides@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CLEOTILDE JAIMES DE LOZA, | ) Case No. 2:12-cv-07792 MRW |
| | ) |
|   Plaintiff, | ) **[PROPOSED]** |
| | ) **JUDGMENT OF REMAND** |
|    v. | ) |
| | ) |
| CAROLYN W. COLVIN,[1] | ) |
| Commissioner of Social Security, | ) |
| | ) |
|   Defendant. | ) |
| _____ | ) |

  The Court having approved the parties' Stipulation to Voluntary Remand
Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
("Stipulation to Remand") lodged concurrent with the lodging of the within

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on
February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure,
Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in
this suit.  No further action need to be taken to continue this suit by reason of the
last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**

2  **DECREED** that the above-captioned action is remanded to the Commissioner of

3  Social Security for further proceedings consistent with the Stipulation to Remand.

4

5  DATED:  April 12, 2013

6                                         HON. MICHAEL R. WILNER

7                                         UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28