Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Cleotilde Jaimes De Loza

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEOTILDE JAIMES DE LOZA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security,<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: CV 12-07792 MRW<br><br>~~[PROPOSED]~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees, Costs, and Expenses:

---

[1] Carolyn W. Colvin became the Acting  Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

-1-

1    IT IS ORDERED that fees and expenses in the amount of $3,200.00 as

2  authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

3  DATE: May 30, 2013

4  _____
   THE HONORABLE MICHAEL R. WILNER

5  UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3       /s/ *Steven G. Rosales*

   _____
4  Steven G. Rosales
   Attorney for plaintiff Cleotilde Jaimes De Loza
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26